160 So. 646

Samuel SOKOLSKY v. EQUITABLE HOMESTEAD ASSOCIATION.

No. 33056.

March 4, 1935.

Rehearing Denied April 1, 1935.

Spearing & McClendon, D. H. Theard, Scott E. Beer, Weiss, Yarrut & Stich, Legier, McEnerny & Waguespack, Carroll, McCall & Plough, A. D. Danziger, and P. H. Stern, all of New Orleans, for appellant.

George A. Dreyfous, of New Orleans, for appellee.

O'NIELL, Chief Justice.

This is one of the cases mentioned in the opinion rendered today in the case of Camille V. Treigle v. Acme Homestead Association, 181 La. 941, 160 So. 637.

For the reasons given in that case, the judgment appealed from is annulled and reversed, and the demand of the plaintiff is rejected and his suit dismissed at his cost.

ODOM, J., dissents.